IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RICHARD BATIE and CONNIE BATIE § | |
| § | |
| VS. § | MISCELLANEOUS NO. G-10-mc-2001 |
| § | (Lead Case No. G-10-cv-441) |
| SOUTHERN FARM BUREAU § | |
| PROPERTY AND CASUALTY CO. § | |

## FINAL JUDGMENT

On this day the Court granted the Motion for Summary Judgment of Defendant, Southern Farm Bureau Property and Casualty Company, and ordered the dismissal the Complaint of Plaintiffs, Richard and Connie Batie.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiffs, Richard and Connie Batie, **TAKE NOTHING**; that their Complaint is **DISMISSED on the merits with prejudice**; and that each Party **SHALL** bear their own costs.

**THIS IS A FINAL AND APPEALABLE JUDGMENT**.

**DONE** at Galveston, Texas, this ____28th____ day of July, 2015.

_____
John R. Froeschner
United States Magistrate Judge